Bruce J. Boehm (Cal. Bar No. 186715)
**McKAY, BURTON & THURMAN**
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252

Attorneys for Defendant
Twenty First South Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>             Plaintiff,<br><br>      v.<br><br>TWENTY FIRST SOUTH TRUST; STAVROS TAXIDIS; and Does 1-10,<br><br>             Defendants. | Case No. 2:14-cv-00990-MCE<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TWENTY FIRST SOUTH TRUST AND STAVROS TAXIDIS TO RESPOND TO COMPLAINT** |

The Court hereby approves the joint stipulation among the parties and orders that defendants shall have through and including June 20, 2014, in which to file their responsive pleadings to Plaintiff's Complaint.

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1