CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
phylg@potterhandy.com

Attorney for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TWENTY FIRST SOUTH TRUST; STAVROS TAXIDIS; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:14-CV-00990-MCE-DAD<br><br>**Order Regarding Joint Stipulation of Fact and Discovery** |

　　　　Presently before the Court is a Joint Stipulation of Fact Regarding Defendants' Financial Wherewithal and Discovery Responses. However, the Court stayed this case via minute order (ECF No. 15) on February 24, 2015. Because the action is stayed, the stipulation is DENIED without prejudice to refiling once the settlement conference has been conducted.

　　　　IT IS SO ORDERED.

Dated: March 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT