Bruce J. Boehm (Cal. Bar No. 186715)
Cameron J. Cutler (Cal. Bar No. 304397)
McKAY, BURTON & THURMAN
15 West South Temple, Suite 1000
Salt Lake City, Utah  84101
Telephone:  (801) 521-4135
Facsimile: (801) 521-4252

Attorneys for Defendant and Crossclaimant
Twenty First South Trust

Michael D. Welch (SBN: 111022)
MICHAEL WELCH + ASSOCIATES
770 L Street, Suite 950
Sacramento CA 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-3930

Attorneys for Defendant and Crossdefendant
Stavros Taxidis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>TWENTY FIRST SOUTH TRUST, STAVROS TAXIDIS; and Does 1 – 10,<br><br>    Defendants. | Case No. 2:14-CV-00990-MCE-DAD<br><br>**STIPULATION, CONSENT JUDGMENT, AND ORDER** |
| TWENTY FIRST SOUTH TRUST,<br><br>    Crossclaimant,<br><br>vs.<br><br>STAVROS TAXIDIS,<br><br>    Crossdefendant, | |

1
Stipulated Judgment

This Stipulation and Consent Judgment ("Stipulated Judgment") is entered into by and between Crossclaimant TWENTY FIRST SOUTH TRUST (the "Trust") and Crossdefendant STAVROS TAXIDIS ("Mr. Taxidis"), subject to approval by the Court.

Plaintiff Scott Johnson initiated this action against the Trust and Mr. Taxidis alleging violations of the Americans With Disabilities Act of 1990 (42 U.S.C. § 12101, et seq.), the Unruh Civil Rights Act (Cal. Civ. Code §§ 51-53), the California Disabled Persons Act (Cal. Civ. Code §§ 54-54.8), and negligence, occurring on real property located at 306 West Yosemite, Manteca, California. The Trust is the owner of the real property at issue. Mr. Taxidis leases the real property from the Trust pursuant to a lease agreement dated April 1, 2008 (the "Lease"). Mr. Taxidis operates an "Athens Burger Restaurant" on the real property.

Pursuant to the terms of the Lease, Mr. Taxidis agreed to indemnify and defend the Trust against the claims asserted by the Plaintiff in this lawsuit. Mr. Taxidis acknowledges his obligation to indemnify and defend the Trust against the Plaintiff's claims.

The Trust and Mr. Taxidis, by and through their respective counsel of record, hereby agree to entry of this Stipulated Judgment.

NOW, THEREFORE, IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED:

1. STAVROS TAXIDIS agrees to entry of a monetary judgment against him and in favor of the TWENTY FIRST SOUTH TRUST in the total sum of Ten Thousand Dollars ($10,000) plus post-judgment interest, and costs and reasonable attorneys' fees incurred by the Trust in collecting this amount after the entry of this judgment.  Further, Mr. Taxidis agrees to satisfy the judgment by making monthly payments of Three Hundred Dollars ($300.00) to the Trust until the judgment is satisfied in full.  Relatedly, the Trust agrees to refrain from collecting the judgment amount, so long as Mr. Taxidis does not default on his monthly payment obligations.

2. STAVROS TAXIDIS and the TWENTY FIRST SOUTH TRUST waive any right to appeal from this Stipulated Judgment.

3. Upon entry of this Stipulated Judgment, the TWENTY FIRST SOUTH TRUST'S crossclaim against STAVROS TAXIDIS is resolved; provided, however, that this Court shall retain jurisdiction to enforce the terms and provisions of this Stipulated Judgment.

SO STIPULATED AND CONSENTED:

DATED: October 29, 2015                    **McKAY, BURTON & THURMAN**

/s/ Cameron J. Cutler
Cameron J. Cutler
Attorneys for Twenty First South Trust

DATED: October 29, 2015                    **MICHAEL WELCH & ASSOCIATES**

/s/ Michael D. Welch
Michael D. Welch
Attorneys for Stavros Taxidis

### ORDER

The parties' stipulation is hereby adopted as the order of this Court. All claims having been resolved, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT