UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

TWENTY FIRST SOUTH TRUST; STAVROS TAXIDIS; and Does 1-10,

    Defendants.

Case: 2:14-CV-00990-MCE-DAD

**ORDER**

Plaintiff Scott Johnson's claims against Stavros Taxidis and the Twenty First South Trust are hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT